**MANDATE**

EDNY/BKNY
03-CR-241
Amon

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

### JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 12th day of April, two thousand and five.

Before: Hon. Ralph K. Winter,
Hon. Sonia Sotomayor,
Hon. B. D. Parker,
*Circuit Judges*

Docket No. 04-0121-cr

---

UNITED STATES OF AMERICA,

        Appellee,

v.

Troy Vaval, aka Justice Vaval,

        Defendant-Appellant.

---

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ JUL 2 8 2005 ★
P.M. _____
TIME A.M. _____

Appeal from the United States District Court for the Eastern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Eastern District of New York and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is AFFIRMED and REMANDED for resentencing in accordance with the opinion of this Court.

A TRUE COPY
Roseann , CLERK
by _____

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by 
Arthur M. Heller
Motions Staff Attorney

—ISSUED AS MANDATE: JUL 2 6 2005