## QUIJANO & ENNIS
ATTORNEYS AT LAW
381 PARK AVENUE SOUTH
SUITE 701
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

Peter Enrique Quijano
Nancy Lee Ennis

January 17, 2008

**BY ECF AND BY FedEx**

Honorable David G. Trager
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  U.S. v. Troy Vaval
     03 Cr. 241 (DGT)

Dear Judge Trager:

As the attorney for the defendant Troy Vaval in the above-referenced matter, I filed a sentencing submission on his behalf on December 20, 2008. On page 10, it was noted that Mr. Vaval's closest friends and family members were in the process of gathering letters on his behalf.

Accordingly, I respectfully submit the enclosed letters as an addendum to my initial submission. Because this addendum is being filed by ECF, certain references have been redacted to protect sensitive information including telephone numbers, addresses and specific information regarding his young son. Thank you very much for your consideration of this addendum to defendant's sentencing letter.

Respectfully submitted,

Nancy Lee Ennis

cc: A.U.S.A. Colleen Kavanagh (by FedEx)

November 24th 2007
Reason: Miss you So Much.
To whom it May Concern: Troy V.

I Ms Felicia L. Holder
The mother of Mr Troy C. Vaval Children's
Quanaisha Vaval 19 y/o ~~████████████~~ y/old
~~████████████~~ y/o & Grandson ~~████████████~~ y/s

I knew Troy for a very long time
like my teenage years until adult years
not having him around is very hard
I miss him so much. My Son is a 9 year old
boy. and it hurts him so much not having
is father home with us.
Our home isn't the ~~s~~ Same
because Someone is missing
if the man I Love walks through the
door of our home oboy.
I'll Say thank you Jesus
you answered our pray

I love Mr Troy C. Vaval
I miss him with all that i have
my heart. he's a good man

He knows how to love, care, keep you smiling. I miss my childrens father and the man that i love.
Please can you hear me out i need him to help me with our son please give him a chance to do that please
It hurts me when i see my children hurting. I would love to the empty spot to be fulled from the one and only man i love. I would like to have my family compeleted ones again whole. Thank you for hearing me out

Thank you.
Ms. Felicia Holder

Felicia Holder

P.S. Ms Felicia Holder
Cell phone
~~[redacted]~~
~~[redacted]~~
Home phone
~~[redacted]~~
~~[redacted]~~

November 24 200[?]

To whom it may Concern

Hello: my name is ████████
I am the son of Troy Ceasar Yaval Sr.
My reason for writing this
letter is to EXPlain to you
how much I Love and miss
my father. and i need him in my life
"Somuch" not having my father
in my life. is hard for a
Young boy like myself. my mother is the
best mother anyone could ever have.
but having my father would make
my family whole. Because I'm a young
Boy and a Young Gentlmen Needs his father.
and that young Gentlmen
is Troy Yaval Jr. I need my father
Please help him to come and be
the family man i no that he wants
to be. we need him to be home
with us. I want him to take me to
School and pick me up.

help me with my Homework
play ball with me like the
other boys do with there father

I'm a ████ old boy who needs
his father please help me
and please give him a Chance
To be here for me I need my
Dad.

It's hard all the boys
my age have there father
and they Laught at me
Cause i don't

I need my father
             Please.

               ████████████

I Love you dad please
Come home
              Thank you.

January 1, 2008

To Whom It May Concern:

My name is Joel Bernard, the nephew of Troy Vaval, writing you this letter in regards of hoping some leniency can be brought about on my uncle's behalf. To start off I would like to acknowledge his wrong doing and know that there are consequences that follow. He's been in the prison system for five long years paying his debt to society. Since his incarceration, I've kept in touch with my uncle and now know that he's a changed man.

Throughout my childhood, I was raised by my grandmother and uncle, which brought me especially close to him, forming a special bond. By my uncle breaking the law, and therefore having to serve time, I was left alone with my grandmother and no male figure. Since my grandmother's passing in May of 2006, I've been out in society alone with no sense of direction. Speaking with my uncle, almost daily, gives me the strength and inspiration to not give up on life. He's pointed out the positive things that one should do with their life and as a result I'm enrolled in school and also working, living a life like an honest man should.

Five years has brought about my uncle's realization of the negative pathway that has planted him where he is today. He has kids and grandkids that need that fatherly, adult, male figure position in their life to be filled, but only a man like himself can fill it.

My hopes and dreams are that you take this letter into deep consideration when determining my uncle's future. He is a changed man, one that is greatly loved by me and others. He is really needed to be in our everyday activities and family functions, but most of all our lives.

With great appreciation for the time taken out to read this letter and with hopes of him being given a chance, I sincerely end this letter.

Joel Bernard
*/s/ Joel Bernard*

December 2007

Dear Sir or Madam;
My name is: Jasmine Lawson. My god sister has 3 children with Mr. Troy Vaval. She has been raising their children alone. Of the 3 children they have a son, named: ~~[redacted]~~. little Troy especially requires the presence of Mr. Vaval. Please send Troy home, so he can help my god sister.

God Bless You,
Jasmine Lawson

11/31/07

To Whom it may Concern:

My Brother is A good family man. His compassion to help other people in time trouble to human this is the person he is. Far from being a negative element to society no matter what if one have problems in their life as long as your willing to help your self to correct your life. He very very supportive and that him.

As for me as his sister unconditionally his there for me so very strong and serious but also very very loving. I can say so much more. But I will not, with this please please let him come home. I miss him, his family, his family miss him so very very much. Please consider lessening his sentence. He's worth it.

[signature]

12/21/07

To whom this may concern:

I Sylvia am a long time family friend of Fray Vaval who I've known to be a family man with many positive qualities. He was always supportive and independent, with a very big heart toward the community. He is very good inspiration to children, and has always been consider a great role role. I strongly suggest that he is released back into society, so he can continue to make a difference to those who embeded how made a change in peoples lives. We miss he very much, and we need him to come home. We all know he will come home a make a big difference to society

Sincerely Yours
Sylvia Selony

12/07

To Whom It May Concern;

I'm writing this letter requesting the release of Mr. Tray C. Varal. He has a nine year old son who needs him. The mother of his son is doing a very good job in trying to raise their son, but he needs his father to teach him things only a man can. He also has a 2 yr old grandson whom which is also being raised by his mother alone. Please release Mr. Varal so he can do what needs to be done concerning his family.

Thank You,
Ms. Erica Curry